CHAD C. BUTERFIELD, ESQ.
Nevada State Bar No. 10532
TENESA S. POWELL, ESQ.
Nevada State Bar No. 12488
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: chad.butterfield@jacksonlewis.com
tenesa.powell@jacksonlewis.com

*Attorneys for Defendants*
*Mandalay Propco, LLC and*
*MGM Resorts International*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GENE MATTERA, an individual, DOUGLAS LONGHINI, an individual, and ACCESS 4 ALL, INC., a Florida not for Profit Corporation,

Plaintiffs,

v.

MANDALAY PROPCO LLC, a Nevada Limited Liability Company, and MGM RESORTS INTERNATIONAL, a Nevada Corporation,

Defendants.

Case No. 2:26-cv-02231-MDC

**STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE**

**First Request**

IT IS HEREBY STIPULATED by and between Plaintiffs Gene Mattera, Douglas Longhini, and Access 4 All, Inc. (collectively "Plaintiffs"), and Defendants Mandalay Propco LLC and MGM Resorts International ("Defendants"), by and through their respective undersigned counsel, that the deadline for Defendants to file and serve their responsive pleadings shall be extended to September 14, 2026.

This Stipulation is submitted pursuant to LR IA 6-1. The requested extension is supported by good cause, as counsel for Defendants was only recently retained and requires additional time to investigate the issues raised in Plaintiffs' complaint, and to confer with Defendants as to same.

The requested extension is made in good faith and not for the purpose of delay. This is the first requested extension.

Dated this 2nd day of September, 2026.

THE MINEO SALCEDO LAW FIRM, P.A.

*/s/ Kristen Barros Somma*
Kristen Barros Somma, Esq.
Florida Bar No. 1008492 (Pro Hac Vice)
THE MINEO SALCEDO LAW FIRM, P.A.
5600 Davie Road
Davie, Florida 33314

-and-

IGLODY LAW
Lee I. Iglody, Esq.
Nevada Bar No. 7757
2580 St. Rose Pkwy, Suite 330
Henderson, Nevada 89074

*Attorneys for Plaintiffs Gene Mattera, Douglas Longhini, and Access 4 All, Inc.*

JACKSON LEWIS P.C.

*/s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
Tenesa S. Powell, Esq.
Nevada State Bar No. 12488
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants Mandalay Propco, LLC and MGM Resorts International*

**ORDER**

IT IS SO ORDERED

UNITED STATES MAGISTRATE JUDGE

Dated: 9-4-26